*April 21, 2017*

2017-Ohio-1463.]

**2001–2072. State v. Adams.**
Trumbull C.P. No. 00CR700. On appellee's motion .to set an execution date. Motion granted. Stanley Theodore Adams's sentence ordered to be carried into execution by the warden of the Southern Ohio Correctional Facility or, in his absence, by the deputy warden, on Thursday, April 16, 2020, in accordance with the statutes so provided.

O'NEILL, J., dissents for the reasons set forth in his dissenting opinion in *State v. Wogenstahl*, 134 Ohio St.3d 1437, 2013-Ohio-164, 981 N.E.2d 900.

**2016–1293. State v. Turner.**
Lake App. No. 2015–L–116, 2016-Ohio-4733. On appellant's "motion for bail pursuant to R.C. 2953.09 and 2953.10, and color of law." Motion denied as moot.

**2011–0803. Akron Bar Assn. v. Carr.**
Sua sponte, Jeffrey Alan Carr, Attorney Registration No. 0081745, last known business address in Bath, Ohio, found in contempt for failure to file an affidavit of compliance on or before April 15, 2013.

**2012–1699. Akron Bar Assn. v. Carr.**
Sua sponte, Jeffrey Alan Carr, Attorney Registration No. 0081745, last known business address in Bath, Ohio, found in contempt for failure to file an affidavit of compliance on or before May 17, 2013.

**2017–0052. Disciplinary Counsel v. Niehaus.**
Sua sponte, Daniel Alan Niehaus, Attorney Registration No. 0078682, last known business address in Independence, Kentucky, found in contempt for failure to file an affidavit of compliance on or before March 13, 2017.

**2017–0460. Lake Cty. Bar Assn. Unauthorized Practice of Law Commt. v. Pavlish.**
On relator's motion to show cause. Respondent, John Pavlish, ordered to show cause by filing a written response with the clerk of this court within ten days why respondent should not be held in contempt.